# United States Court of Appeals
## For the First Circuit

No. 19-1818

STATE OF RHODE ISLAND,

Plaintiff, Appellee,

v.

SHELL OIL PRODUCTS CO., L.L.C.; CHEVRON CORP.; CHEVRON USA,
INC.; EXXONMOBIL CORP.; BP, PLC; BP AMERICA, INC.; BP PRODUCTS
NORTH AMERICA, INC.; ROYAL DUTCH SHELL P.L.C.; MOTIVA
ENTERPRISES, L.L.C.; CITGO PETROLEUM CORP.; CONOCOPHILLIPS;
CONOCOPHILLIPS CO.; PHILLIPS 66; MARATHON OIL CO.; MARATHON
PETROLEUM CORP.; MARATHON PETROLEUM CO., L.P.; SPEEDWAY, L.L.C.;
HESS CORP.; LUKOIL PAN AMERICAS L.L.C.; AND DOES 1-100,

Defendants, Appellants,


GETTY PETROLEUM MARKETING, INC.

Defendant.

**ERRATA SHEET**

The opinion of this Court, issued on May 23, 2022, is amended
as follows:

On page 29, line 8, change "Companies'" to "Companies" (*i.e.*,
delete the apostrophe)